# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-00172-CFC |
| v. | ) |
| | ) |
| ZOGENIX, INC., CAM L. GARNER, LOUIS C. BOCK, JAMES B. BREITMEYER, STEPHEN FARR, CAROLINE M. LOEWY, ERLE T. MAST, MARY E. STUTTS, RENEE TANNENBAUM, DENELLE J. WAYNICK, MARK WIGGINS, UCB S.A., and ZINC MERGER SUB, INC., | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 12, 2022                    **RIGRODSKY LAW, P.A.**

                                         By:  */s/ Gina M. Serra*
                                         Seth D. Rigrodsky (#3147)
                                         Gina M. Serra (#5387)
                                         Herbert W. Mondros (#3308)
                                         300 Delaware Avenue, Suite 210
                                         Wilmington, DE 19801
                                         Telephone: (302) 295-5310
                                         Facsimile: (302) 654-7530
                                         Email: sdr@rl-legal.com
                                         Email: gms@rl-legal.com
                                         Email: hwm@rl-legal.com

                                         *Attorneys for Plaintiff*